FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 30 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOROTHY GRECO, on behalf of herself and all
others similarly situated, ANABELA F. TEIXEIRA,
LAUREN MARIE MONTMARANO, YOSCAIRA
RAMIREZ, and YBELIZE RAMIREZ,

                        Plaintiffs,
-against-

ALLEN NATOW, M.D., IRENE ROSENBERG M.D.,
& IRA PIRON M.D., P.C., DR. IRENE ELAINE
ROSENBERG, DR. ALLEN J. NATOW, and
DR. IRA ARTHUR PIRON,

                        Defendants.
----------------------------------------------------------X

**ORDER**
14-cv-4222 (SJF) (AYS)

FEUERSTEIN, District Judge:

      Plaintiff Dorothy Greco ("Greco") commenced this action on behalf of herself and all others similarly situated, seeking unpaid overtime compensation from defendants pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. §§ 201 *et seq.* and New York Labor Law. Greco and three of the opt-in plaintiffs, Anabela F. Teixeira ("Teixera"), Desiree Ortiz ("D. Ortiz"), and Yoscaira Ramirez, have accepted Offers of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. *See* Notice of Acceptance for Greco, Docket Entry ("DE") [63]; Notice of Acceptance for Teixeira, DE [64]; Notice of Acceptance for D. Ortiz, DE [65]; and Notice of Acceptance for Yoscaira Ramirez, DE [66]. Judgment has not been entered as to any of these plaintiffs. Plaintiffs have moved for entry of partial judgment as to the four aforementioned plaintiffs. *See* Motion, DE [77]. Defendants do not oppose the motion.

      Pursuant to Rule 54(b), partial final judgment may be entered "as to one or more, but fewer than all, claims or parties" when: "(1) there are multiple claims or parties; (2) at least one

claim or the rights and liabilities of at least one party has been finally determined; and (3) the court makes an 'express[] determin[ation] that there is no just reason for delay.'" *Acumen Re Mgmt. Corp. v. Gen. Sec. Nat'l Ins. Co.*, 769 F.3d 135, 140 (2d Cir. 2014) (quoting FED R. CIV. P. 54(b)). The Court finds that the criteria for entry of partial judgment has been met and accordingly, plaintiffs' motion [77] is granted. The Clerk of the Court is directed to enter judgment as to plaintiffs Dorothy Greco, Anabela F. Teixeira, Desiree Ortiz, and Yoscaira Ramirez.

SO ORDERED

/s/
SANDRA J. FEUERSTEIN
United States District Judge

Dated: Central Islip, New York
       June 30, 2016

2